**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**In re:  Gregory Trent,**                                           Case No. 16-27256

**Debtor(s).**                                                        Chapter 13

**CHAPTER 13 PLAN**
**(INDIVIDUAL ADJUSTMENT OF DEBTS)**

DEBTOR(S):         (H) Gregory Trent                  S.S.# XXX-XX-5731
                   (W)                                S.S.# XXX-XX-XXXX
ADDRESS:           1243 Breezy Valley Drive
                   Cordova, TN 38018
PLAN PAYMENT:      Debtor(s) to pay **$358.00**        **(Weekly)**
PAYROLL DEDUCTION: **Carrier**
                   **Attn: Payroll Department**
                   **9 Farm Springs Rd, Mail Stop 541-90**
                   **Farmington, CT 06032**

                                            FIRST PAYMENT DATE: immediately
PLACE OF EMPLOYMENT: **Carrier**
ADMINISTRATIVE:    Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

                                                                     MONTHLY
                                                                     PLAN PMT.
AUTO INSURANCE:    (X) Not included in Plan    ( ) Included in Plan   $
CHILD SUPPORT:     Future support through Plan to Winnebago Child Support   $Paid outside plan
                   Child support arrearage amount       N/A           $

PRIORITY CREDITORS:                                                   $

HOME MORTGAGE:     If no arrearage, ongoing payments are to be paid directly by the debtor(s).
Specialized Loan Servicing   ongoing pmt. begin      November 2016            **$746.00**
                   Approx. arrearage    $14,000.00   Interest   n/a   %       **$234.00**

SECURED CREDITORS:              VALUE              RATE OF        MONTHLY
(retain lien 11 U.S.C. § 1325{a}{5})   OF CLAIM    INTEREST       PLAN PMT.
Credit Acceptance               $20,095.00         5.25%          $382.00

UNSECURED CREDITORS:   Pay    TBD    % of these claims after above claims are paid or pay all disposable
                       income for term of plan;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT**:  $6,309.05**
TERMINATION:           Plan shall terminate upon payment of the above, approximately 60 months.
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General unsecured creditors will receive            %
Assumed Leases:
Debtor's Attorney:
*Ursula Jones*
*The Bankruptcy Firm, LLC*
*7894 Winchester Road, Suite 500*
*Memphis, TN 38125*
*901-541-4357 phone 901-881-6796 fax*
ujones@bkfirm.com